LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
moniquew@lerachlaw.com
aelishb@lerachlaw.com
    – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bennyg@lerachlaw.com
mcalkins@lerachlaw.com

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
JOHN L. HAEUSSLER (215044)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)
sbasser@barrack.com
jhaeussler@barrack.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [~~XXXXXXXX~~PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT |

1  This Stipulation is entered into by and among plaintiffs and nominal defendant NVIDIA Corp. ("NVIDIA") and defendants Jen-Hsun Huang, Marvin D. Burkett, Chris A. Malachowsky, David M. Shannon, Ajay K. Puri, Daniel F. Vivoli, Jeffrey D. Fisher, Brian M. Kelleher, Steven Chu, Tench Coxe, James C. Gaither, Harvey C. Jones, William J. Miller, Mark L. Perry, A. Brooke Seawell, Christine B. Hoberg, Curtis R. Priem, Di Ma, Mark L. Stevens and Mary Dotz through their attorneys of record.

WHEREAS, on January 25, 2007, the Court ordered that plaintiffs shall file a Consolidated Complaint by February 20, 2007; and

WHEREAS, plaintiffs have requested an extension from February 20, 2007 to February 28, 2007 to file and serve the Consolidated Complaint; and

WHEREAS, defendants do not object to such an extension of time.

THEREFORE, the undersigned parties stipulate as follows:

1. Plaintiffs shall file and serve the Consolidated Complaint by February 28, 2007.

IT IS SO STIPULATED.

DATED: February 20, 2007

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS


           s/ Travis E. Downs III
          TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING
FILING OF CONSOLIDATED COMPLAINT - C-06-06110-SBA                                                  - 1 -

|  |
|---|
| LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>Telephone: 310/859-3100<br>310/278-2148 (fax) |

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215/963-0600
215/963-0838 (fax)

Co-Lead Counsel for Plaintiffs

*I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint. In compliance with General Order 45, X.B., I hereby attest that James N. Kramer has concurred in this filing.*

DATED: February 20, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
RICHARD GALLAGHER
MICHAEL D. TORPEY

          s/ James N. Kramer
          JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER REGARDING
FILING OF CONSOLIDATED COMPLAINT - C-06-06110-SBA    - 2 -

    I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint. In compliance with General Order 45, X.B., I hereby attest that Karin Kramer has concurred in this filing.

DATED: February 20, 2007                    HOWREY LLP
                                                KARIN KRAMER
                                                LEIGH A. KIRMSSE

                                                s/ Karin Kramer
                                                KARIN KRAMER

                                                525 Market Street, Suite 3600
                                                San Francisco, CA 94105-2708
                                                Telephone: 415/848-4966
                                                415/848-4999 (fax)

                                                Attorneys for Defendant Christine B. Hoberg

                                *      *      *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/22/07                                 /s/ Saundra B. Armstrong
                                                THE HONORABLE SAUNDRA B. ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE

S:\CasesSD\NVIDIA Derv\STP00039351-Cont.doc

| | |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

                                      s/ Travis E. Downs III
                                      TRAVIS E. DOWNS III

                                      LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                      655 West Broadway, Suite 1900
                                      San Diego, CA 92101-3301
                                      Telephone: 619/231-1058
                                      619/231-7423 (fax)

                                      E-mail: travisd@lerachlaw.com

# Mailing Information for a Case 4:06-cv-06110-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Gallagher**
  rgallagher@orrick.com gpackard@orrick.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com

- **Joseph C. Kohn**
  jkohn@kohnswift.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **Betsy C. Manifold**
  manifold@whafh.com

- **Denis Francis Sheils**
  dsheils@kohnswift.com

- **Joseph J. Tabacco, Jr**
  jtabacco@bermanesq.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William E. Hoese
```
Kohn Swift & Graf PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107