MICHAEL D. TORPEY (STATE BAR NO. 79424)
mtorpey@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
RICHARD GALLAGHER (STATE BAR NO. 208714)
rgallagher@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
JAMES THOMPSON (STATE BAR NO. 240979)
jthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendants
NVIDIA Corporation, Jen-Hsun Huang, Tench Coxe, James C. Gaither, Harvey C. Jones, Jr., William J. Miller, A. Brooke Seawell, Mark A. Stevens, Jeffrey D. Fisher, Chris A. Malachowsky, Daniel F. Vivoli, Curtis R. Priem, Mark L. Perry, Steven Chu, Mary Dotz, Marvin Burkett, and David M. Shannon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-06-06110-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED VERIFIED SHAREHOLDERS DERIVATIVE COMPLAINT** |

The parties, by and through their respective counsel of record, hereby stipulate, and jointly move the Court for an Order, as follows:

WHEREAS, by Stipulation and Order dated April 24, 2007, this Court established a briefing schedule whereby:

(i) defendants were required to file their motions to dismiss plaintiffs' Consolidated Verified Shareholders Derivative Complaint on or before May 15, 2007;

(ii) plaintiffs were required to file their opposition brief(s) on or before July 2, 2007;

(iii) defendants were required to file their reply brief(s) on or before July 23, 2007; and

(iv) a hearing on the motions to dismiss was to occur on a date thereafter convenient to the Court;

WHEREAS, in compliance with the Court's Stipulation and Order dated April 24, 2007, all of the defendants in this case filed their respective motions to dismiss on May 15, 2007;

WHEREAS, the hearing on the motions has been set on the Court's calendar for July 31, 2007 at 1:00 p.m. before the Honorable Saundra Brown Armstrong, in the U.S. District Court, Northern District of California, Oakland Division; and

WHEREAS, in light of the above, and in order to provide plaintiffs with more time to respond to the motions to dismiss, while also accommodating the Court's July 31, 2007 hearing date, the parties have met and conferred, and stipulated to a revised briefing schedule.

NOW, the parties stipulate as follows:

(i) Lead Plaintiffs shall file their opposition brief(s) to defendants' motions to dismiss on or before July 13, 2007; and

(ii) the defendants' shall file reply brief(s) in support of their motions to dismiss on or before July 24, 2007.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: June 19, 2007 | RESPECTFULLY SUBMITTED |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ James N. Kramer
JAMES N. KRAMER
Attorneys for Nominal Defendant NVIDIA Corporation and Defendants Jen-Hsun Huang, Tench Coxe, James C. Gaither, Harvey C. Jones, Jr., William J. Miller, A. Brooke Seawell, Mark A. Stevens, Jeffrey D. Fisher, Chris A. Malachowsky, Daniel F. Vivoli, Curtis R. Priem, Mark L. Perry, Steven Chu, Mary Dotz, Marvin Burkett, and David M. Shannon

I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.

Dated: June 19, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


/s/ Travis E. Downs III


SHAWN A. WILLIAMS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)


Counsel for Co-Lead Plaintiff Alaska Electrical Pension Fund

I, James N. Kramer, am the ECF user whose ID and password are being used to file this

- 2 -

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
C-06-06110-SBA

*Stipulation and [Proposed] Order Revising Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Golan has concurred in this filing.*

Dated: June 19, 2007

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L HAEUSSLER


    /s/ Jeffrey W. Golan
JEFFREY W. GOLAN

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: 215/963-0600
215/963-0838 (fax)

Counsel for Co-Lead Plaintiff LIUNA Staff & Affiliates Pension Fund

*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Stephanie M. Byerly has concurred in this filing.*

Dated: June 19, 2007

HOWREY LLP
LEIGH A. KIRMSSE
KARIN KRAMER
STEPHANIE BYERLY


    /s/ Stephanie M. Byerly
STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: 415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

- 3 -

* * *

## ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Court's Order of April 24, 2007 is amended to provide that: (i) Lead Plaintiffs shall file their opposition brief(s) to defendants' motions to dismiss on or before July 13, 2007; and (ii) the defendants shall file reply brief(s) in support of their motions to dismiss on or before July 24, 2007.

**IT IS SO ORDERED.**

DATED: 6/22/07

*Saundra B. Armstrong*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE