**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. 06-6110 SBA<br><br>**ORDER** |

It is hereby ORDERED that the plaintiffs file an opposition or a statement on non-opposition to the *ex parte* motion to set a hearing date on the motions to dismiss [Docket No. 90] by no later than July 13, 2007 at 12 P.M.

IT IS SO ORDERED.

July 11, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge