1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   mtorpey@orrick.com
2  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
3  RICHARD GALLAGHER (STATE BAR NO. 208714)
   rgallagher@orrick.com
4  M. TODD SCOTT (STATE BAR NO. 226885)
   tscott@orrick.com
5  JAMES THOMPSON (STATE BAR NO. 240979)
   jthompson@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:   415-773-5700
   Facsimile:   415-773-5759

Attorneys for Defendants
NVIDIA Corporation, Jen-Hsun Huang, Tench Coxe, James C. Gaither, Harvey C. Jones, Jr., William J. Miller, A. Brooke Seawell, Mark A. Stevens, Jeffrey D. Fisher, Chris A. Malachowsky, Daniel F. Vivoli, Curtis R. Priem, Mark L. Perry, Steven Chu, Mary Dotz, Marvin Burkett, and David M. Shannon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re NVIDIA CORP. DERIVATIVE LITIGATION, | Master File No. C-06-06110-SBA |
|---|---|
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR PLAINTIFFS' MOTION TO OBTAIN A LIMITED PRODUCTION OF DOCUMENTS FROM NOMINAL DEFENDANT NVIDIA CORPORATION** |

1  The parties, by and through their respective counsel of record, hereby stipulate, and jointly
2  move the Court for an Order, as follows:
3  WHEREAS, on July 6, 2007 plaintiffs filed a Motion to Obtain a Limited Production of
4  Documents from Nominal Defendant NVIDIA Corporation ("Motion");
5  WHEREAS, the Court originally scheduled a hearing on the Motion for August 17, 2007
6  at 1:30 pm;
7  WHEREAS, the parties have agreed to engage in settlement discussions;
8  WHEREAS, in order to facilitate such discussions and in the interest of judicial
9  efficiency, the parties have agreed to delay the hearing on the Motion;
10  THEREFORE, IT IS STIPULATED AND AGREED that the hearing on plaintiffs'
11  Motion shall be rescheduled for October 19, 2007 at 1:30 pm.
12  **IT IS SO STIPULATED.**
13
14  Dated: August 13, 2007                    RESPECTFULLY SUBMITTED
15                                             ORRICK, HERRINGTON & SUTCLIFFE LLP
16
17                                             _____/s/ James N. Kramer_____
18                                             JAMES N. KRAMER
                                               Attorneys for Nominal Defendant NVIDIA
19                                             Corporation and Defendants Jen-Hsun Huang,
                                               Tench Coxe, James C. Gaither, Harvey C. Jones,
20                                             Jr., William J. Miller, A. Brooke Seawell, Mark A.
                                               Stevens, Jeffrey D. Fisher, Chris A. Malachowsky,
21                                             Daniel F. Vivoli, Curtis R. Priem, Mark L. Perry,
                                               Steven Chu, Mary Dotz, Marvin Burkett, and
22                                             David M. Shannon

23  *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

24  Dated: August 13, 2007                    LERACH COUGHLIN STOIA GELLER
25                                                      RUDMAN & ROBBINS LLP
26
27                                             _____/s/ Travis E. Downs III_____
28

OHS West:260284726.1          - 1 -          STIPULATION AND [PROPOSED] ORDER
                                             REGARDING HEARING DATE
                                             C-06-06110-SBA (JCS)

|   |   |
|---|---|
| 1 | |
| 2 | SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER |
| 3 | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 4 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 5 | TRAVIS E. DOWNS III |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 7 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 8 | THOMAS G. WILHELM |
| 9 | 9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210 |
| 10 | Telephone: 310/859-3100<br>310/278-2148 (fax) |
| 11 | |
| 12 | Counsel for Co-Lead Plaintiff Alaska Electrical<br>Pension Fund |

    I, James N. Kramer, am the ECF user whose ID and password are being used to file this *Stipulation and [Proposed] Order Revising Briefing Schedule*. In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Golan has concurred in this filing.

Dated: August 13, 2007        BARRACK, RODOS & BACINE
                                          STEPHEN R. BASSER
                                          JOHN L HAEUSSLER

                                               /s/ Jeffrey W. Golan
                                          JEFFREY W. GOLAN

                                          402 West Broadway, Suite 850
                                          San Diego, CA 92101
                                          Telephone: 619/230-0800
                                          619/230-1874 (fax)

                                          BARRACK, RODOS & BACINE
                                          DANIEL BACINE
                                          JEFFREY W. GOLAN
                                          Two Commerce Square
                                          2001 Market Street, Suite 3300
                                          Philadelphia, PA 19103
                                          Telephone: 215/963-0600
                                          215/963-0838 (fax)

                                          Counsel for Co-Lead Plaintiff LIUNA Staff &
                                          Affiliates Pension Fund

1  I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Stephanie M. Byerly has concurred in this filing.

3  Dated: August 13, 2007

HOWREY LLP
LEIGH A. KIRMSSE
KARIN KRAMER
STEPHANIE BYERLY

<u>     /s/  Stephanie M. Byerly     </u>
STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA  94105-2708
Telephone:  415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

OHS West:260284726.1 - 3 -

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE
C-06-06110-SBA (JCS)

* * *

## ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on the Motion to Obtain a Limited Production of Documents from Nominal Defendant NVIDIA Corporation is rescheduled for October 19, 2007 at ~~1:30 pm~~ 9:30 a.m.

**IT IS SO ORDERED.**

DATED: Aug. 15, 2007

THE HONORABLE
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero