1  MICHAEL D. TORPEY (SBN 79424)
   JAMES N. KRAMER (SBN 154709)
2  RICHARD GALLAGHER (SBN 208714)
   M. TODD SCOTT (SBN 226885)
3  JAMES E. THOMPSON (SBN 240979)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  The Orrick Building
   405 Howard Street
5  San Francisco, CA  94105-2669
   Telephone:   415-773-5700
6  Facsimile:    415-773-5759

7  *Attorneys for Nominal Defendant NVIDIA Corporation*

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                        OAKLAND DIVISION

| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR PLAINTIFFS' MOTION TO OBTAIN LIMITED PRODUCTION OF DOCUMENTS FROM NOMINAL DEFENDANT NVIDIA CORPORATION |

1  This Stipulation is entered into by and among co-lead plaintiffs and Nominal Defendant NVIDIA Corp. ("NVIDIA") through their attorneys of record.

WHEREAS, on July 6, 2007 plaintiffs filed [Docket No. 85] a Motion to Obtain a Limited Production of Documents from Nominal Defendant NVIDIA Corporation ("Motion");

WHEREAS, the hearing on plaintiffs' Motion is currently scheduled for October 19th at 9:30 a.m. [Docket No. 114];

WHEREAS, the parties are continuing to engage in settlement discussions and have agreed to engage in two formal mediation sessions with Judge Infante during November and December;

WHEREAS, in light of the pending mediation process, the parties would like to postpone the October 19th hearing, which may ultimately become unnecessary, until January 25, 2008 at 9:30 a.m.

THEREFORE, IT IS STIPULATED AND AGREED that the October 19th hearing on plaintiffs' Motion shall be rescheduled for January 25, 2008 at 9:30 a.m.

DATED: October 16, 2007            Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
MICHAEL D. TORPEY
RICHARD GALLAGHER
M. TODD SCOTT
JAMES THOMPSON


                                   _____s/ James N. Kramer_____
                                          JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Nominal Defendant NVIDIA Corporation

*I, James N. Kramer, am the ECF user whose ID and password are being used to file this*

OHS West:260317488.1        -1-        STIPULATION AND [PROPOSED] ORDER
                                       REGARDING HEARING DATE C-06-06110-SBA (JCS)

1 | *Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

DATED: October 16, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)


          s/ Travis E. Downs III          .
            TRAVIS E. DOWNS III


LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)


BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215/963-0600
215/963-0838 (fax)


Attorneys for Co-Lead Plaintiffs

OHS West:260317488.1

- 2 -

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE C-06-06110-SBA (JCS)

*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

DATED: October 16, 2007

HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY

s/ Stephanie Byerly
STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: 415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

OHS West:260317488.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE C-06-06110-SBA (JCS)

\* \* \*

# ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on the Motion to Obtain a Limited Production of Documents from Nominal Defendant NVIDIA Corporation is rescheduled for January 25, 2008 at 9:30 a.m. IT IS SO ORDERED.

DATED: October 17, 2007

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

OHS West:260317488.1

- 4 -

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE C-06-06110-SBA (JCS)