KEVIN P. MUCK (CSB No. 120918)
KALAMA M. LUI-KWAN (CSB No. 242121)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: kmuck@fenwick.com
klui-kwan@fenwick.com

Attorneys for Defendants Mary Dotz,
Jeffrey D. Fisher, Chris A. Malachowsky,
and Daniel F. Vivoli

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C 06-06110-SBA |
|---|---|
| This Document Relates To:<br>ALL ACTIONS | NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER |

SUBSTITUTION OF COUNSEL                                  CASE NO. C 06-06110-SBA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that defendants Mary Dotz, Jeffrey D. Fisher, Chris A.
3  Malachowsky, and Daniel F. Vivoli hereby substitute the law firm of Fenwick & West LLP as
4  their counsel of record in this action, in the place and instead of Orrick, Herrington & Sutcliffe
5  LLP.

6      Pursuant to such substitution, Ms. Dotz and Messrs. Fisher, Malachowsky and Vivoli
7  hereby request that all notices, filings and other documents in this action be served on the
8  following counsel:

9      Kevin P. Muck
    Kalama M. Lui-Kwan
10     Fenwick & West LLP
    555 California Street, 12th Floor
11     San Francisco, California 94104
    Telephone: (415) 875-2300
12     Facsimile: (415) 281-1350.

13

14     We hereby agree to the foregoing substitution.

15 Dated: March 25, 2008     By:   /s/ Mary Dotz
16       Mary Dotz

17     By:   /s/ Jeffrey D. Fisher
      Jeffrey D. Fisher
18

19     By:   /s/ Chris A. Malachowsky
      Chris A. Malachowsky

20

21     By:   /s/ Daniel F. Vivoli
      Daniel F. Vivoli

22     We hereby agree to the foregoing substitution.

23
24 Dated: March 25, 2008     ORRICK, HERRINGTON &
    SUTCLIFFE LLP

25     By:   /s/ James N. Kramer
26       James N. Kramer

27

28

SUBSTITUTION OF COUNSEL     1     CASE NO. C 06-06110-SBA

We hereby accept the foregoing substitution.

Dated: March 25, 2008                                        FENWICK & WEST LLP

By: _____/s/ Kevin P. Muck_____
Kevin P. Muck

## ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Fenwick & West LLP is substituted as counsel of record in this action for defendants Mary Dotz, Jeffrey D. Fisher, Chris A. Malachowsky and Daniel F. Vivoli, in place and instead of Orrick, Herrington & Sutcliffe LLP.

Dated: 3-26-08

_____
The Honorable Saundra B. Armstrong
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kevin P. Muck, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 25th day of March 2008 at San Francisco, California.

                                               /s/ Kevin P. Muck
                                                Kevin P. Muck