1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   mtorpey@orrick.com
2  RICHARD GALLAGHER (STATE BAR NO. 208714)
   rgallagher@orrick.com
3  JAMES E. THOMPSON (STATE BAR NO. 240979)
   jthompson@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     +1-415-773-5700
   Facsimile:      +1-415-773-5759
7

8  *Attorneys for Nominal Defendant NVIDIA Corporation*

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 | In Re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
14 | _____ | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
15 | This Document Relates To: | |
16 | ALL ACTIONS | |

1       This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant
2 NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their
3 attorneys of record.

4       WHEREAS, this derivative case is proceeding in parallel with two other derivative cases
5 – one in the Delaware Chancery Court and the other in Santa Clara – involving NVIDIA's stock
6 options;

7       WHEREAS, NVIDIA and the plaintiffs in all three derivative options cases (Delaware
8 Chancery, Santa Clara Superior, and Northern District of California) recently agreed to resume
9 global settlement discussions and agreed to participate in a formal mediation session before Judge
10 Infante;

11       WHEREAS, May 22, 2008 has been reserved with Judge Infante as the date for the
12 mediation session;

13       WHEREAS, the deadlines set forth in the parties' prior Stipulation and Court Order
14 required defendants to file motions to dismiss by May 13, 2008, plaintiffs to file their opposition
15 by July 8, 2008, and defendants to file their reply by August 26, 2008;

16       WHEREAS, the hearing on defendants' motions to dismiss is set on the Court's calendar
17 for September 9, 2008;

18       WHEREAS, on April 23, 2008, this Court entered an Order denying without prejudice
19 plaintiff's Motion to Seal Portions of the Second Amended Complaint [Docket No. 132];

20       WHEREAS, plaintiffs have retrieved the sealed Second Amended Complaint from the
21 Court's clerk;

22       WHEREAS, in light of the pending mediation, and in the interests of conserving party and
23 Court resources, the parties mutually agree and seek the Court's approval to postpone further
24 motion activity until after the mediation session with Judge Infante;

25       WHEREAS, in light of the September 9, 2008 hearing date for motions to dismiss, the
26 parties can accomplish these efficiency goals without disturbing the hearing date and thus without
27 delaying the action.

28

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. If the case does not settle at or after the upcoming mediation, plaintiffs will re-submit to the Court their Second Amended Complaint on or before June 2, 2008.

2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiff's Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiff will file a renewed administrative motion on or before June 2, 2008.

3. Defendants will file their motions to dismiss on or before June 23, 2008.

4. Plaintiffs will file their opposition briefs on or before August 4, 2008.

5. Defendants will file their reply briefs or before August 25, 2008.

6. The hearing on defendants' motion to dismiss will remain as currently scheduled for September 9, 2008.

DATED: May 2, 2008                      Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
JAMES N. KRAMER
RICHARD GALLAGHER
JAMES THOMPSON


            s/ James N. Kramer
            JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Nominal Defendant NVIDIA Corporation

1  *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

3  DATED: May 2, 2008

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)


            s/ Travis E. Downs III            .
            TRAVIS E. DOWNS III


LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)


BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)


Attorneys for Co-Lead Plaintiffs

*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

DATED: May 2, 2008

HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY


                    s/ Stephanie Byerly
                     STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: 415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

\* \* \*

**O R D E R**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. If the case does not settle at or after the upcoming mediation, plaintiffs shall re-submit to the Court their Second Amended Complaint on or before June 2, 2008.

2. The parties shall meet and confer regarding the Court's April 23, 2008 order denying plaintiff's Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiff will file a renewed administrative motion on or before June 2, 2008.

3. Defendants shall file their motions to dismiss on or before June 23, 2008.

4. Plaintiffs shall file their opposition briefs on or before August 4, 2008.

5. Defendants shall file their reply briefs or before August 25, 2008.

6. When Defendants file their motions to dismiss, defendants shall set a hearing for their motions for September 9, 2008 or the next subsequently available hearing date on the Court's calendar.

IT IS SO ORDERED.

DATED: 5/7/08

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE