MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:      415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
| This Document Relates To: | STIPULATION AND  ORDER REGARDING BRIEFING SCHEDULE |
| ALL ACTIONS. | |

This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on May 22, 2008 NVIDIA and plaintiffs in all three derivative options actions (Delaware Chancery, Santa Clara Superior, and Northern District of California) engaged in a global mediation session before Judge Infante;

WHEREAS, at the mediation, the parties made significant progress towards resolution of the underlying derivative matters, and continue to engage in further settlement discussions;

WHEREAS, the deadlines set forth in the parties' prior Stipulation and Court Order required plaintiffs to re-submit to the Court their Second Amended Complaint on or before June 2, 2008, defendants to file their motions to dismiss on or before June 23, 2008, plaintiffs to file their opposition briefs on or before August 4, 2008, and defendants to file their reply briefs or before August 25, 2008;

WHEREAS, in light of the continuing settlement discussions, and in the interests of conserving party and Court resources, the parties mutually agree and seek the Court's approval to postpone any further activity in this case until June 16;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. If the case does not settle on or before June 16, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by June 16, 2008.

2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before June 16, 2008.

3. Defendants will file their motions to dismiss on or before July 11, 2008.

4. Plaintiffs will file their opposition briefs on or before August 11, 2008.

5. Defendants will file their reply briefs or before August 26, 2008.

1         6.  The hearing on defendants' motion to dismiss will remain as currently scheduled

2    for September 9, 2008.

3    DATED: June 2, 2008             Respectfully Submitted,

4                                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 MICHAEL D. TORPEY

5                                JAMES N. KRAMER
                                 RICHARD GALLAGHER

6                                JAMES THOMPSON

7

8                                              s/ James N. Kramer
                                             JAMES N. KRAMER

9

10                               The Orrick Building
                                 405 Howard Street

11                               San Francisco, CA 94105
                                 Telephone:  415/773-5700

12                               415/773-5759 (fax)

13                               Attorneys for Nominal Defendant NVIDIA
                                 Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
C-06-06110-SBA (JCS)

1       *I, James N. Kramer, am the ECF user whose ID and password are being used to file this*

2 *Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

3   DATED:  June 2, 2008                  LERACH COUGHLIN STOIA GELLER

4                                           RUDMAN & ROBBINS LLP

                            TRAVIS E. DOWNS III

5                             BENNY C. GOODMAN III

                            MARY LYNNE CALKINS

6                             655 West Broadway, Suite 1900

                            San Diego, CA  92101

7                             Telephone:  619/231-1058

                            619/231-7423 (fax)

8

9                                    s/ Travis E. Downs III

10                                   TRAVIS E. DOWNS III

11

12                             LERACH COUGHLIN STOIA GELLER

                                          RUDMAN & ROBBINS LLP

13                             SHAWN A. WILLIAMS

                            MONIQUE C. WINKLER

14                             AELISH M. BAIG

                            100 Pine Street, Suite 2600

15                             San Francisco, CA  94111

                            Telephone: 415/288-4545

16                             415/288-4534 (fax)

17                             LERACH COUGHLIN STOIA GELLER

                                          RUDMAN & ROBBINS LLP

18                             THOMAS G. WILHELM

                            9601 Wilshire Blvd., Suite 510

19                             Los Angeles, CA  90210

                            Telephone:  310/859-3100

20                             310/278-2148 (fax)

21

22                             BARRACK, RODOS & BACINE

                            DANIEL BACINE

                            JEFFREY W. GOLAN

23                             3300 Two Commerce Square

                            2001 Market Street

24                             Philadelphia, PA  19103

                            Telephone:  215/963-0600

25                             215/963-0838 (fax)

26                             Attorneys for Co-Lead Plaintiffs

27

28

1

     *I, James N. Kramer, am the ECF user whose ID and password are being used to file this*

2

*Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

3

DATED:  June 2, 2008                HOWREY LLP
                                      LEIGH A. KIRMSSE

4

                                      STEPHANIE BYERLY

5

6

                                      s/ Stephanie Byerly
                                      STEPHANIE BYERLY

7

8

                                      525 Market Street, Suite 3600
                                      San Francisco, CA 94105-2708
                                      Telephone:  415/848-4966

9

                                      415/848-4999 (fax)

10

                                      Attorneys for Defendant Christine B. Hoberg

11

12

     *I, James N. Kramer, am the ECF user whose ID and password are being used to file this*

13

*Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

14

Dated: June 2, 2008                  FENWICK & WEST

15

                                      KEVIN P. MUCK
                                      KALAMA LUI-KWAN

16

                                      555 California Street, 12th Floor
                                      San Francisco, CA  94104

17

                                      Telephone:     415-875-2300
                                      Facsimile:     415-281-1350

18

19

20

                                      By:    s/ Kevin P. Muck

21

                                      Attorneys for Chris A. Malachowsky, Jeffrey D. Fisher, Mary M. Dotz, and Daniel F. Vivoli

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
C-06-06110-SBA (JCS)

\*   \*   \*

## ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1.    If the case does not settle on or before June 16, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by June 16, 2008.

2.    The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before June 16, 2008.

3.    Defendants will file their motions to dismiss on or before July 11, 2008.

4.    Plaintiffs will file their opposition briefs on or before August 11, 2008.

5.    Defendants will file their reply briefs or before August 26, 2008.

6.    The hearing on defendants' motion to dismiss will remain as currently scheduled for September 9, 2008.

IT IS SO ORDERED.

DATED:  6/3/08

_____
THE HONORABLE
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
C-06-06110-SBA (JCS)