MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      415-773-5700
Facsimile:      415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
| | STIPULATION AND  ORDER REGARDING BRIEFING SCHEDULE |
| This Document Relates To: | |
|     ALL ACTIONS. | |

1

2

3

This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

4

5

6

WHEREAS, on May 22, 2008 NVIDIA and plaintiffs in all three derivative options actions (Delaware Chancery, Santa Clara Superior, and Northern District of California) engaged in a global mediation session before Judge Infante;

7

8

WHEREAS, at the mediation, the parties made significant progress towards resolution of the underlying derivative matters, and continue to engage in further settlement discussions;

9

10

11

12

13

WHEREAS, the deadlines set forth in the parties' prior Stipulation and Court Order required plaintiffs to re-submit to the Court their Second Amended Complaint on or before June 16, 2008, defendants to file their motions to dismiss on or before July 11, 2008, plaintiffs to file their opposition briefs on or before August 11, 2008, and defendants to file their reply briefs on or before August 26, 2008;

14

15

16

WHEREAS, in light of the continuing settlement discussions, and in the interests of conserving party and Court resources, the parties mutually agree and seek the Court's approval to postpone any further activity in this case until July 7, 2008;

17

WHEREFORE, IT IS STIPULATED AND AGREED that:

18

19

1.  If the case does not settle on or before July 7, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by July 7, 2008.

20

21

22

23

2.  The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before July 7, 2008.

24

3.  Defendants will file their motions to dismiss on or before August 7, 2008.

25

4.  Plaintiffs will file their opposition briefs on or before September 8, 2008.

26

5.  Defendants will file their reply briefs on or before September 29, 2008.

27

28

6.  The parties will re-notice the hearing on defendants' motion to dismiss for October 28, 2008.

1    DATED:  June 16, 2008                    Respectfully Submitted,

2                                             ORRICK, HERRINGTON & SUTCLIFFE LLP
                                              MICHAEL D. TORPEY
3                                             JAMES N. KRAMER
                                              RICHARD GALLAGHER
4                                             JAMES THOMPSON

5

6                                                      s/ James N. Kramer
                                              _____
                                                       JAMES N. KRAMER
7
                                              The Orrick Building
8                                             405 Howard Street
                                              San Francisco, CA 94105
9                                             Telephone:  415/773-5700
                                              415/773-5759 (fax)
10
                                              Attorneys for Nominal Defendant NVIDIA
11                                            Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                              REGARDING BRIEFING SCHEDULE
                                                    C-06-06110-SBA (JCS)

1
2
     *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

3     DATED:  June 16, 2008

                                  LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
4                                   TRAVIS E. DOWNS III
                                   BENNY C. GOODMAN III
5                                   MARY LYNNE CALKINS
                                   655 West Broadway, Suite 1900
6                                   San Diego, CA  92101
                                   Telephone:  619/231-1058
7                                   619/231-7423 (fax)
8

9
                                            s/ Travis E. Downs III          .
10                                        TRAVIS E. DOWNS III

11

12                                   LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
13                                   SHAWN A. WILLIAMS
                                   MONIQUE C. WINKLER
14                                   AELISH M. BAIG
                                   100 Pine Street, Suite 2600
15                                   San Francisco, CA  94111
                                   Telephone:  415/288-4545
16                                   415/288-4534 (fax)

17                                   LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
18                                   THOMAS G. WILHELM
                                   9601 Wilshire Blvd., Suite 510
19                                   Los Angeles, CA  90210
                                   Telephone:  310/859-3100
20                                   310/278-2148 (fax)

21

22                                   BARRACK, RODOS & BACINE
                                   DANIEL BACINE
                                   JEFFREY W. GOLAN
23                                   3300 Two Commerce Square
                                   2001 Market Street
24                                   Philadelphia, PA  19103
                                   Telephone:  215/963-0600
25                                   215/963-0838 (fax)

26                                   Attorneys for Co-Lead Plaintiffs

27

28

1    *I, James N. Kramer, am the ECF user whose ID and password are being used to file this*
2    *Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance*
     *with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

3    DATED:  June 16, 2008                         HOWREY LLP
                                                    LEIGH A. KIRMSSE
4                                                   STEPHANIE BYERLY

5

6                                                          s/ Stephanie Byerly
                                                    STEPHANIE BYERLY
7
                                                    525 Market Street, Suite 3600
8                                                   San Francisco, CA 94105-2708
                                                    Telephone:  415/848-4966
9                                                   415/848-4999 (fax)

10                                                  Attorneys for Defendant Christine B. Hoberg

11

12   *I, James N. Kramer, am the ECF user whose ID and password are being used to file this*
     *Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance*
13   *with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

14   Dated: June 16, 2008                          FENWICK & WEST
                                                    KEVIN P. MUCK
15                                                  KALAMA LUI-KWAN
                                                    555 California Street, 12th Floor
16                                                  San Francisco, CA  94104
                                                    Telephone:     415-875-2300
17                                                  Facsimile:     415-281-1350

18

19                                                  By:    s/ Kevin P. Muck
20

21                                                  Attorneys for Chris A. Malachowsky, Jeffrey D.
                                                    Fisher, Mary M. Dotz, and Daniel F. Vivoli
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                    REGARDING BRIEFING SCHEDULE
                                                    C-06-06110-SBA (JCS)

1                                        *        *        *

2                                           **ORDER**

3          Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

4   ORDERED that:

5                  1.        If the case does not settle on or before July 7, 2008, plaintiffs will re-

6   submit to the Court their Second Amended Complaint by July 7, 2008.

7                  2.        The parties will meet and confer regarding the Court's April 23, 2008 order

8   denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint

9   and, if necessary, plaintiffs will file a renewed administrative motion on or before July 7, 2008.

10                 3.        Defendants will file their motions to dismiss on or before August 7, 2008.

11                 4.        Plaintiffs will file their opposition briefs on or before September 8, 2008.

12                 5.        Defendants will file their reply briefs on or before September 29, 2008.

13                 6.        The hearing on defendants' motion to dismiss will be re-noticed for

14   November 4, 2008.

15

16

17   IT IS SO ORDERED.

18

19   DATED:  _6/17/08                          _____
                                               THE HONORABLE
20                                             SAUNDRA BROWN ARMSTRONG
                                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                                      REGARDING BRIEFING SCHEDULE
                                                                      C-06-06110-SBA (JCS)