MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:      415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS. | STIPULATION AND  ORDER REGARDING BRIEFING SCHEDULE |

This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on May 22, 2008 NVIDIA and plaintiffs in all three derivative options actions (Delaware Chancery, Santa Clara Superior, and Northern District of California) engaged in a global mediation session before Judge Infante;

WHEREAS, at the mediation, the parties made significant progress towards resolution of the underlying derivative matters, and continue to engage in further settlement discussions;

WHEREAS, the deadlines set forth in the parties' prior Stipulation and Court Order required plaintiffs to re-submit to the Court their Second Amended Complaint on or before July 7, 2008, defendants to file their motions to dismiss on or before August 7, 2008, plaintiffs to file their opposition briefs on or before September 8, 2008, and defendants to file their reply briefs on or before September 29, 2008;

WHEREAS, in light of the continuing settlement discussions, and in the interests of conserving party and Court resources, the parties mutually agree and seek the Court's approval to postpone any further activity in this case until July 28, 2008;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. If the case does not settle on or before July 28, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by July 28, 2008.
2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before July 28, 2008.
3. Defendants will file their motions to dismiss on or before August 28, 2008.
4. Plaintiffs will file their opposition briefs on or before September 29, 2008.
5. Defendants will file their reply briefs on or before October 21, 2008.
6. The parties will re-notice the hearing on defendants' motion to dismiss for November 4, 2008 in accordance with this Court's prior order.

1  DATED: July 7, 2008                    Respectfully Submitted,

2                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          MICHAEL D. TORPEY
3                                         JAMES N. KRAMER
                                          RICHARD GALLAGHER
4                                         JAMES THOMPSON

5

6                                                   s/ James N. Kramer
                                                  JAMES N. KRAMER
7
                                          The Orrick Building
8                                         405 Howard Street
                                          San Francisco, CA 94105
9                                         Telephone: 415/773-5700
                                          415/773-5759 (fax)
10
                                          Attorneys for Nominal Defendant NVIDIA
11                                        Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     - 2 -         STIPULATION AND [PROPOSED] ORDER
                                                     REGARDING BRIEFING SCHEDULE
                                                           C-06-06110-SBA (JCS)

1      *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

2

3 DATED: July 7, 2008

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    TRAVIS E. DOWNS III
    BENNY C. GOODMAN III
    MARY LYNNE CALKINS
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: 619/231-1058
    619/231-7423 (fax)

        s/ Travis E. Downs III       .
        TRAVIS E. DOWNS III

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
    MONIQUE C. WINKLER
    AELISH M. BAIG
    100 Pine Street, Suite 2600
    San Francisco, CA 94111
    Telephone: 415/288-4545
    415/288-4534 (fax)

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    THOMAS G. WILHELM
    9601 Wilshire Blvd., Suite 510
    Los Angeles, CA 90210
    Telephone: 310/859-3100
    310/278-2148 (fax)

    BARRACK, RODOS & BACINE
    DANIEL BACINE
    JEFFREY W. GOLAN
    3300 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    Telephone: 215/963-0600
    215/963-0838 (fax)

    Attorneys for Co-Lead Plaintiffs

1  *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

3  DATED: July 7, 2008                          HOWREY LLP
                                                LEIGH A. KIRMSSE
                                                STEPHANIE BYERLY

                                                _____s/ Stephanie Byerly_____
                                                STEPHANIE BYERLY

                                                525 Market Street, Suite 3600
                                                San Francisco, CA 94105-2708
                                                Telephone: 415/848-4966
                                                415/848-4999 (fax)

                                                Attorneys for Defendant Christine B. Hoberg


12  *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

14  Dated: July 7, 2008                         FENWICK & WEST
                                                KEVIN P. MUCK
                                                KALAMA LUI-KWAN
                                                555 California Street, 12th Floor
                                                San Francisco, CA 94104
                                                Telephone:   415-875-2300
                                                Facsimile:   415-281-1350


                                                By:   s/ Kevin P. Muck


                                                Attorneys for Chris A. Malachowsky, Jeffrey D.
                                                Fisher, Mary M. Dotz, and Daniel F. Vivoli

* * *

## ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. If the case does not settle on or before July 28, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by July 28, 2008.

2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before July 28, 2008.

3. Defendants will file their motions to dismiss on or before August 28, 2008.

4. Plaintiffs will file their opposition briefs on or before September 29, 2008.

5. Defendants will file their reply briefs on or before October 21, 2008.

6. The hearing on defendants' motion to dismiss will be re-noticed for November 4, 2008 in accordance with the Court's prior order.

IT IS SO ORDERED.

DATED: 7/9/08

THE HONORABLE
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE