MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE |

OHS West:260482081.1

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
C-06-06110-SBA (JCS)

This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on May 22, 2008 NVIDIA and plaintiffs in all three derivative options actions (Delaware Chancery, Santa Clara Superior, and Northern District of California) engaged in a global mediation session before Judge Infante;

WHEREAS, at the mediation, the parties made significant progress towards resolution of the underlying derivative matters, and continue to engage in further settlement discussions;

WHEREAS, the deadlines set forth in the parties' prior Stipulation and Court Order required plaintiffs to re-submit to the Court their Second Amended Complaint on or before July 28, 2008, defendants to file their motions to dismiss on or before August 28, 2008, plaintiffs to file their opposition briefs on or before September 29, 2008, and defendants to file their reply briefs on or before October 21, 2008;

WHEREAS, in light of the continuing settlement discussions, and in the interests of conserving party and Court resources, the parties mutually agree and seek the Court's approval to postpone any further activity in this case until August 18, 2008;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. If the case does not settle on or before August 18, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by August 18, 2008.
2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before August 18, 2008.
3. Defendants will file their motions to dismiss on or before September 12, 2008.
4. Plaintiffs will file their opposition briefs on or before October 8, 2008.
5. Defendants will file their reply briefs on or before October 21, 2008.
6. The parties will re-notice the hearing on defendants' motion to dismiss for November 4, 2008 in accordance with this Court's prior order.

| | | |
|---|---|---|
| 1 | DATED: July 28, 2008 | Respectfully Submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | MICHAEL D. TORPEY |
| 3 | | JAMES N. KRAMER |
| | | RICHARD GALLAGHER |
| 4 | | JAMES THOMPSON |

                                        _____s/ James N. Kramer_____
                                                    JAMES N. KRAMER

                                        The Orrick Building
                                        405 Howard Street
                                        San Francisco, CA 94105
                                        Telephone: 415/773-5700
                                        415/773-5759 (fax)

                                        Attorneys for Nominal Defendant NVIDIA
                                        Corporation

1      *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

2

3 DATED: July 28, 2008      LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
4                                                                    TRAVIS E. DOWNS III
                                                                   BENNY C. GOODMAN III
5                                                                    MARY LYNNE CALKINS
6                                                                    655 West Broadway, Suite 1900
                                                                   San Diego, CA 92101
7                                                                    Telephone: 619/231-1058
8                                                                    619/231-7423 (fax)

9

10                                  _____s/ Travis E. Downs III_____
                                       TRAVIS E. DOWNS III

11

12                                  LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
13                                  SHAWN A. WILLIAMS
                                 MONIQUE C. WINKLER
14                                  AELISH M. BAIG
                                 100 Pine Street, Suite 2600
15                                  San Francisco, CA 94111
                                 Telephone: 415/288-4545
16                                  415/288-4534 (fax)

17                                  LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
18                                  THOMAS G. WILHELM
                                 9601 Wilshire Blvd., Suite 510
19                                  Los Angeles, CA 90210
                                 Telephone: 310/859-3100
20                                  310/278-2148 (fax)

21

22                                  BARRACK, RODOS & BACINE
                                 DANIEL BACINE
23                                  JEFFREY W. GOLAN
                                 3300 Two Commerce Square
24                                  2001 Market Street
                                 Philadelphia, PA 19103
25                                  Telephone: 215/963-0600
                                 215/963-0838 (fax)
26

                                 Attorneys for Co-Lead Plaintiffs
27

28

OHS West:260482081.1          -1-          STIPULATION AND [PROPOSED] ORDER
                                                                         REGARDING BRIEFING SCHEDULE
                                                                         C-06-06110-SBA (JCS)

1  *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

DATED: July 28, 2008

HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY


          s/ Stephanie Byerly
          STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: 415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

Dated: July 28, 2008

FENWICK & WEST
KEVIN P. MUCK
KALAMA LUI-KWAN
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350


By:   s/ Kevin P. Muck

Attorneys for Chris A. Malachowsky, Jeffrey D. Fisher, Mary M. Dotz, and Daniel F. Vivoli

- 2 -

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
C-06-06110-SBA (JCS)

* * *
# [PROPOSED] ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. If the case does not settle on or before August 18, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by August 18, 2008.

2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before August 18, 2008.

3. Defendants will file their motions to dismiss on or before September 12, 2008.

4. Plaintiffs will file their opposition briefs on or before October 8, 2008.

5. Defendants will file their reply briefs on or before October 21, 2008.

6. The hearing on defendants' motion to dismiss will be re-noticed for November 4, 2008 in accordance with this Court's prior order.

IT IS SO ORDERED.

DATED: 7/29/08

*Saundra B. Armstrong*
THE HONORABLE
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE