MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	415-773-5700
Facsimile:	415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
|---|---|
| This Document Relates To: ALL ACTIONS. | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE |

This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on May 22, 2008 NVIDIA and plaintiffs in all three derivative options actions (Delaware Chancery, Santa Clara Superior, and Northern District of California) engaged in a global mediation session before Judge Infante;

WHEREAS, at the mediation, the parties made significant progress towards resolution of the underlying derivative matters, and continue to engage in further settlement discussions;

WHEREAS, the deadlines set forth in the parties' prior Stipulation and Court Order required plaintiffs to re-submit to the Court their Second Amended Complaint on or before August 18, 2008, defendants to file their motions to dismiss on or before September 12, 2008, plaintiffs to file their opposition briefs on or before October 8, 2008, and defendants to file their reply briefs on or before October 21, 2008;

WHEREAS, in light of the continuing settlement discussions, and in the interests of conserving party and Court resources, the parties mutually agree and seek the Court's approval to postpone any further activity in this case until September 8, 2008;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. If the case does not settle on or before September 8, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by September 8, 2008.
2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before September 8, 2008.
3. Defendants will file their motions to dismiss on or before October 6, 2008.
4. Plaintiffs will file their opposition briefs on or before November 3, 2008.
5. Defendants will file their reply briefs on or before November 26, 2008.
6. The parties will re-notice the hearing on defendants' motion to dismiss for December 9, 2008.

| | | |
|---|---|---|
| 1 | DATED: August 15, 2008 | Respectfully Submitted, |

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
JAMES N. KRAMER
RICHARD GALLAGHER
JAMES THOMPSON

                               s/ James N. Kramer
                              JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Nominal Defendant NVIDIA Corporation

1  *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

DATED:  August 15, 2008

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)


        s/ Travis E. Downs III       .
        TRAVIS E. DOWNS III


COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)


BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)

Attorneys for Co-Lead Plaintiffs

1  *I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

3  DATED:  August 15, 2008              HOWREY LLP
                                        LEIGH A. KIRMSSE
                                        STEPHANIE BYERLY

                                          s/ Stephanie Byerly
                                       _____
                                        STEPHANIE BYERLY

                                        525 Market Street, Suite 3600
                                        San Francisco, CA 94105-2708
                                        Telephone:  415/848-4966
                                        415/848-4999 (fax)

                                        Attorneys for Defendant Christine B. Hoberg


*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion.  In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

Dated: August 15, 2008                  FENWICK & WEST
                                        KEVIN P. MUCK
                                        KALAMA LUI-KWAN
                                        555 California Street, 12th Floor
                                        San Francisco, CA  94104
                                        Telephone:    415-875-2300
                                        Facsimile:    415-281-1350


                                        By:    s/ Kevin P. Muck


                                        Attorneys for Chris A. Malachowsky, Jeffrey D. Fisher, Mary M. Dotz, and Daniel F. Vivoli

*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Hearing Date for Plaintiffs' Motion. In compliance with General Order 45, X.B., I hereby attest that Steven Kaufhold has concurred in this filing.*

Dated: August 15, 2008                    AKIN, GUMP, STRAUSS, HAUER & FELD LLP
                                          STEVEN KAUFHOLD
                                          580 California Street, Suite 1500
                                          San Francisco, CA  94104
                                          Telephone:     415-765-9500
                                          Facsimile:     415-765-9501


                                          By:   /s/ Steven Kaufhold


                                          Attorneys for Di Ma

\* \* \*

**ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. If the case does not settle on or before September 8, 2008, plaintiffs will re-submit to the Court their Second Amended Complaint by September 8, 2008.

2. The parties will meet and confer regarding the Court's April 23, 2008 order denying plaintiffs' Administrative Motion to Seal Portions of the Second Amended Complaint and, if necessary, plaintiffs will file a renewed administrative motion on or before September 8, 2008.

3. Defendants will file their motions to dismiss on or before October 6, 2008.

4. Plaintiffs will file their opposition briefs on or before November 3, 2008.

5. Defendants will file their reply briefs on or before November 26, 2008.

6. The hearing on defendants' motion to dismiss will be re-noticed for December 9, 2008.

IT IS SO ORDERED.

DATED: 9/2/08

THE HONORABLE
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE