MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:     415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
| This Document Relates To:<br><br>    ALL ACTIONS. | NOTICE OF SETTLEMENT AND STIPULATION AND ORDER WITHDRAWING MOTIONS AND VACATING MOTION HEARING |

OHS West:260518712.1

NOTICE OF SETTLEMENT AND STIPULATION AND
[PROPOSED] ORDER WITHDRAWING MOTIONS
AND VACATING MOTION HEARING C-06-06110-SBA

This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on September 29, 2006 plaintiffs filed a complaint styled *Edward J. Goodman Life Income Trust v. Huang, et al.*, Northern District of California, Case No. C-06-06110-SBA;

WHEREAS, subsequently five related actions were filed in the Northern District of California and consolidated with the above captioned action;

WHEREAS, on February 28, 2007 plaintiffs filed a Consolidated Verified Shareholders Derivative Complaint;

WHEREAS, on May 15, 2007 defendants filed several Motions to Dismiss the consolidated action (Docket Nos. 68, 72, 74, and 76);

WHEREAS, in November and December 2007, and in January and May 2008 NVIDIA and plaintiffs in all three derivative options actions (Delaware Chancery, Santa Clara Superior, and Northern District of California) engaged in global mediation sessions before Judge Infante;

WHEREAS, as a result of said discussions an agreement in principal was reached between all parties resolving the consolidated litigation on a global basis;

WHEREAS, on September 19, 2008 the parties signed and executed a Memorandum of Understanding outlining the terms of the this agreement;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. All Motions to Dismiss the Consolidated Verified Shareholders Derivative Complaint are withdrawn (Docket Nos. 68, 72, 74, and 76) without prejudice to any party's right to re-file any such motion or opposition.

2. The hearing on defendants' Motions to Dismiss, currently scheduled for December 9, 2008, will be taken off calendar.

/ / /

/ / /

OHS West:260518712.1   -1-   NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTIONS AND VACATING MOTION HEARING C-06-06110-SBA

3.  Plaintiffs will submit a Motion for Preliminary Approval of Settlement within a reasonable period of time hereafter.

DATED: September 22, 2008           Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
JAMES N. KRAMER
RICHARD GALLAGHER
JAMES THOMPSON


                                               s/ James N. Kramer
                                               JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Nominal Defendant NVIDIA Corporation

I, James N. Kramer, am the ECF user whose ID and password are being used to file this *Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

DATED: September 22, 2008

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)


        s/ Travis E. Downs III      .
        TRAVIS E. DOWNS III

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215/963-0600
215/963-0838 (fax)


Attorneys for Co-Lead Plaintiffs

*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

DATED:  September 22, 2008

HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY


                    s/ Stephanie Byerly
                    STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone:  415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg


*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

Dated: September 22, 2008

FENWICK & WEST
KEVIN P. MUCK
KALAMA LUI-KWAN
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415-875-2300
Facsimile:      415-281-1350


By:     s/ Kevin P. Muck


Attorneys for Chris A. Malachowsky, Jeffrey D. Fisher, Mary M. Dotz, and Daniel F. Vivoli


*I, James N. Kramer, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Steven Kaufhold has concurred in this filing.*

| | |
|---|---|
| Dated: September 22, 2008 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP<br>STEVEN KAUFHOLD<br>580 California Street, Suite 1500<br>San Francisco, CA  94104<br>Telephone:    415-765-9500<br>Facsimile:     415-765-9501<br><br>By:   /s/ Steven Kaufhold<br><br>Attorneys for Di Ma |

OHS West:260518712.1     - 5 -     NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTIONS AND VACATING MOTION HEARING C-06-06110-SBA

\* \* \*

## [PROPOSED] ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. All Motions to Dismiss the Consolidated Verified Shareholders Derivative Complaint are voluntarily withdrawn (Docket Nos. 68, 72, 74, and 76) without prejudice to any party's right to re-file any such motions or oppositions.

2. The hearing on defendants' Motions to Dismiss, currently scheduled for December 9, 2008, is vacated.

3. Plaintiffs shall submit a Motion for Preliminary Approval of Settlement within a reasonable period of time after entry of this order.

IT IS SO ORDERED.

DATED: 9/30/08

*/s/ Saundra B. Armstrong*
THE HONORABLE
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE