MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:     415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
| | STIPULATION AND  ORDER REGARDING SETTLEMENT |
| This Document Relates To: | |
|     ALL ACTIONS. | |

1
2
3

   This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

4
5
6
7

   WHEREAS, on September 22, 2008 the parties filed a Stipulation informing the Court that they had executed a Memorandum of Understanding outlining the terms of a proposed settlement and that a Motion for Preliminary Approval of Settlement would be submitted within a reasonable period of time thereafter;

8
9
10

   WHEREAS, the parties are continuing to work on the Settlement Agreement and other settlement documents accompanying the Motion for Preliminary Approval of the Settlement, and expect to have them finalized shortly;

11

   WHEREFORE, IT IS STIPULATED AND AGREED that:

12
13

   1.     The parties will submit a Motion for Preliminary Approval of Settlement by November 7, 2008.

14
15

   2.     The parties will notice the hearing on the Motion for Preliminary Approval of Settlement for January 20, 2009.

16

DATED:  October 31, 2008                    Respectfully Submitted,

17
18
19

                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            MICHAEL D. TORPEY
                                            JAMES N. KRAMER
                                            RICHARD GALLAGHER
                                            JAMES THOMPSON

20

21

                                                    s/ James E. Thompson
                                            _____
                                                  JAMES E. THOMPSON

22

23
24
25

                                            The Orrick Building
                                            405 Howard Street
                                            San Francisco, CA 94105
                                            Telephone:  415/773-5700
                                            415/773-5759 (fax)

26

                                            Attorneys for Nominal Defendant NVIDIA
                                            Corporation

27

28

1

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

2

3

DATED: October 31, 2008

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

4

5

6

7

8

9

10

        s/ Travis E. Downs III       .
      TRAVIS E. DOWNS III

11

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

12

13

14

15

16

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

17

18

19

20

BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)

21

22

23

24

25

Attorneys for Co-Lead Plaintiffs

26

27

28

1

2    *I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing.  In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

3

DATED:  October 31, 2008                          HOWREY LLP

4                                                 LEIGH A. KIRMSSE
                                                  STEPHANIE BYERLY

5

6                                                      s/ Stephanie Byerly
                                                  ───────────────────────────
7                                                  STEPHANIE BYERLY

8                                                 525 Market Street, Suite 3600
                                                  San Francisco, CA 94105-2708
9                                                 Telephone:  415/848-4966
                                                  415/848-4999 (fax)

10                                                Attorneys for Defendant Christine B. Hoberg

11

12

13   *I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing.  In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

14

15   Dated: October 31, 2008                      FENWICK & WEST
                                                  KEVIN P. MUCK
16                                                KALAMA LUI-KWAN

17                                                555 California Street, 12th Floor
                                                  San Francisco, CA  94104
18                                                Telephone:     415-875-2300
                                                  Facsimile:     415-281-1350
19

20
                                                  By:    s/ Kevin P. Muck
21

22                                                Attorneys for Chris A. Malachowsky, Jeffrey D.
                                                  Fisher, Mary M. Dotz, and Daniel F. Vivoli
23

24

25   *I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing.  In compliance with General Order 45, X.B., I hereby attest that Steven Kaufhold has concurred in this filing.*

26

27

28

Dated: October 31, 2008

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKIN, GUMP, STRAUSS, HAUER & FELD LLP
STEVEN KAUFHOLD
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone:     415-765-9500
Facsimile:      415-765-9501


By:     /s/ Steven Kaufhold____


Attorneys for Di Ma

1                                    *      *      *

2                                   **ORDER**

3          Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

4    ORDERED that:

5          1.      The parties will submit a Motion for Preliminary Approval of Settlement by

6    November 7, 2008.

7          2.      The parties will notice the hearing on the Motion for Preliminary Approval of

8    Settlement for January 20, 2009.

9    IT IS SO ORDERED.

10

11

12

13   DATED:  11/3/08                   _____
                                       THE HONORABLE
14                                     SAUNDRA BROWN ARMSTRONG
                                       UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28