1  MICHAEL D. TORPEY (SBN 79424)
   JAMES N. KRAMER (SBN 154709)
2  RICHARD GALLAGHER (SBN 208714)
   JAMES E. THOMPSON (SBN 240979)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    415-773-5700
   Facsimile:    415-773-5759

6  *Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS. | STIPULATION AND MODIFIED ORDER REGARDING SETTLEMENT |

1  This Stipulation is entered into by and among co-lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on September 22, 2008 the parties filed a Stipulation informing the Court that they had executed a Memorandum of Understanding outlining the terms of a proposed settlement and that a Motion for Preliminary Approval of Settlement would be submitted within a reasonable period of time thereafter;

WHEREAS, the parties are continuing to work on the Settlement Agreement and other settlement documents accompanying the Motion for Preliminary Approval of the Settlement, and expect to have them finalized shortly;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. The parties will submit a Motion for Preliminary Approval of Settlement by November 7, 2008.

2. The parties will notice the hearing on the Motion for Preliminary Approval of Settlement for January 20, 2009.

DATED: October 31, 2008                    Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
JAMES N. KRAMER
RICHARD GALLAGHER
JAMES THOMPSON


                                           s/ James E. Thompson
                                           JAMES E. THOMPSON

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Nominal Defendant NVIDIA Corporation

    *I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing.*

DATED:  October 31, 2008

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)


       s/ Travis E. Downs III                         .
       TRAVIS E. DOWNS III

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)


Attorneys for Co-Lead Plaintiffs

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

DATED: October 31, 2008

HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY

       s/ Stephanie Byerly
STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone:  415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

Dated: October 31, 2008

FENWICK & WEST
KEVIN P. MUCK
KALAMA LUI-KWAN
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415-875-2300
Facsimile:     415-281-1350

By:     s/ Kevin P. Muck

Attorneys for Chris A. Malachowsky, Jeffrey D. Fisher, Mary M. Dotz, and Daniel F. Vivoli

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Motions and Vacating Motion Hearing. In compliance with General Order 45, X.B., I hereby attest that Steven Kaufhold has concurred in this filing.*

| | |
|---|---|
| Dated: October 31, 2008 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP<br>STEVEN KAUFHOLD<br>580 California Street, Suite 1500<br>San Francisco, CA  94104<br>Telephone:    415-765-9500<br>Facsimile:     415-765-9501<br><br>By:   /s/ Steven Kaufhold<br><br>Attorneys for Di Ma |

\* \* \*

**[ ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties will submit a Motion for Preliminary Approval of Settlement by November 7, 2008.

2. The parties will notice the hearing on the Motion for Preliminary Approval of Settlement for January 27, 2009.

IT IS SO ORDERED.

DATED: _11/3/08__                                _____
                                                  THE HONORABLE
                                                  SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE