| | |
|---|---|
| 1 | MICHAEL D. TORPEY (SBN 79424) |
| 2 | JAMES N. KRAMER (SBN 154709)<br>RICHARD GALLAGHER (SBN 208714) |
| 3 | JAMES E. THOMPSON (SBN 240979)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | The Orrick Building<br>405 Howard Street |
| 5 | San Francisco, CA  94105-2669<br>Telephone:    415-773-5700 |
|   | Facsimile:    415-773-5759 |

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
| | STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT |
| This Document Relates To: | |
| ALL ACTIONS. | |

1   This Stipulation is entered into by and among lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on September 22, 2008 the parties filed a Stipulation informing the Court that they had executed a Memorandum of Understanding outlining the terms of a proposed settlement and that a Motion for Preliminary Approval of Settlement would be submitted within a reasonable period of time thereafter;

WHEREAS, pursuant to this Court's October 31, 2008 Order, the parties were to submit the Motion for Preliminary Approval of Settlement by November 7, 2008;

WHEREAS, the parties are continuing to work on the settlement papers and expect to have them finalized shortly;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. The parties will submit a Motion for Preliminary Approval of Settlement by November 14, 2008.

2. The hearing on the Motion for Preliminary Approval of Settlement will remain as currently scheduled for January 27, 2009.

DATED: November 10, 2008          Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
JAMES N. KRAMER
RICHARD GALLAGHER
JAMES THOMPSON


             s/ James E. Thompson
          JAMES E. THOMPSON

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415/773-5700
415/773-5759 (fax)

Attorneys for Nominal Defendant NVIDIA Corporation

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement. In compliance with General Order 45, X.B., I hereby attest that Samuel M. Ward has concurred in this filing.*

DATED: November 10, 2008

STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

           s/ Samuel M. Ward      .
              SAMUEL M. WARD

Attorneys for Lead Plaintiffs

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

DATED: November 10, 2008

HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY

           s/ Stephanie Byerly      
             STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: 415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement.  In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

DATED:  November 10, 2008

FENWICK & WEST
KEVIN P. MUCK
KALAMA LUI-KWAN
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415-875-2300
Facsimile:      415-281-1350


                                     s/ Kevin P. Muck
                                       KEVIN P. MUCK


Attorneys for Chris A. Malachowsky, Jeffrey D. Fisher, Mary M. Dotz, and Daniel F. Vivoli

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement.  In compliance with General Order 45, X.B., I hereby attest that Steven Kaufhold has concurred in this filing.*

DATED:  November 10, 2008

AKIN, GUMP, STRAUSS, HAUER & FELD LLP
STEVEN KAUFHOLD
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone:     415-765-9500
Facsimile:      415-765-9501


                                    s/ Steven Kaufhold
                                      STEVEN KAUFOLD


Attorneys for Di Ma

\* \* \*

[PROPOSED] ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties shall submit a Motion for Preliminary Approval of Settlement by November 14, 2008.

2. The hearing on the Motion for Preliminary Approval of Settlement will remain as currently scheduled for January 27, 2009.

IT IS SO ORDERED.

DATED: 11/12/08

*Saundra B. Armstrong*
THE HONORABLE
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE