**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re NVIDIA CORP. DERIVATIVE LITIGATION, | No. C 06-06110 SBA<br><br>**ORDER**<br><br>[Docket No. 163] |
| This Document Relates to:<br><br>    ALL ACTIONS. | |

The Court issued two orders in this matter on December 22, 2008. In Docket No. 164, the Court set a hearing for final approval of the parties' joint settlement proposal for this derivative class action, for January 27, 2009, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612. *See* Docket No. 164. The Court attempted the same in Docket No. 163, an Amended Order Preliminarily Approving Settlement, but the address is twice incorrectly indicated as 1302 Clay Street. Docket No. 163 at 6 ¶ 2, 8 ¶ 9. The street address should read "1301" Clay Street.

IT IS SO ORDERED.

December 24, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge