MICHAEL D. TORPEY (SBN 79424)
JAMES N. KRAMER (SBN 154709)
RICHARD GALLAGHER (SBN 208714)
JAMES E. THOMPSON (SBN 240979)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

*Attorneys for Nominal Defendant NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re NVIDIA CORP. DERIVATIVE LITIGATION | Master File No. C-06-06110-SBA (JCS) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE |

This Stipulation is entered into by and among lead plaintiffs, the Nominal Defendant NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their attorneys of record.

WHEREAS, on December 22, 2008 the Court entered an Order [Docket No. 164] vacating the January 27, 2009 preliminary approval hearing;

WHEREAS, the December 22, 2008 Order also scheduled a hearing regarding final approval of the parties' settlement for January 27, 2009;

WHEREAS, pursuant to the Stipulation and Agreement of Settlement of Derivative Litigation [Docket No. 157] NVIDIA will provide a joint Notice of Pendency and Settlement of Shareholder Derivative Actions ("Notice") informing shareholders of both the instant settlement and the settlement pending approval before the Delaware Court of Chancery;

WHEREAS, the Delaware Court of Chancery has not yet issued an order approving the proposed joint Notice and therefore Notice has not been sent;

WHEREAS, the January 27, 2009 hearing date therefore will not provide sufficient time for NVIDIA to provide notice to its shareholders.

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. The hearing regarding final approval of the parties' settlement agreement will be re-scheduled from January 27, 2009 to March 17, 2009.

DATED: January 7, 2009          Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
JAMES N. KRAMER
RICHARD GALLAGHER
JAMES THOMPSON

       s/ James E. Thompson
         JAMES E. THOMPSON
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Attorneys for Nominal Defendant NVIDIA Corporation

OHS West:260574903.2            -1-            STIPULATION AND [PROPOSED] ORDER
                                               REGARDING HEARING DATE C-06-06110-SBA

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement. In compliance with General Order 45, X.B., I hereby attest that Samuel M. Ward has concurred in this filing.*

DATED: January 7, 2009
STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)


        s/ Samuel M. Ward
        SAMUEL M. WARD

Attorneys for Lead Plaintiffs

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement. In compliance with General Order 45, X.B., I hereby attest that Stephanie Byerly has concurred in this filing.*

DATED: January 7, 2009
HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY


        s/ Stephanie Byerly
        STEPHANIE BYERLY

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: 415/848-4966
415/848-4999 (fax)

Attorneys for Defendant Christine B. Hoberg

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement. In compliance with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

DATED: January 7, 2009

FENWICK & WEST
KEVIN P. MUCK
KALAMA LUI-KWAN
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350


                                              s/ Kevin P. Muck
                                              KEVIN P. MUCK

Attorneys for Chris A. Malachowsky, Jeffrey D. Fisher, Mary M. Dotz, and Daniel F. Vivoli

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement. In compliance with General Order 45, X.B., I hereby attest that Steven Kaufhold has concurred in this filing.*

DATED: January 7, 2009

AKIN, GUMP, STRAUSS, HAUER & FELD LLP
STEVEN KAUFHOLD
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile: 415-765-9501


                                              s/ Steven Kaufhold
                                              STEVEN KAUFOLD

Attorneys for Di Ma

\* \* \*

**[PROPOSED] ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing regarding final approval of the parties' settlement agreement will be re-scheduled from January 27, 2009 to March 17, 2009.

IT IS SO ORDERED.


DATED: _____
THE HONORABLE
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE