1  MICHAEL D. TORPEY (SBN 79424)
   JAMES N. KRAMER (SBN 154709)
2  RICHARD GALLAGHER (SBN 208714)
   JAMES E. THOMPSON (SBN 240979)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:     415-773-5700
   Facsimile:      415-773-5759
6

7  *Attorneys for Nominal Defendant NVIDIA Corporation*

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 In re NVIDIA CORP. DERIVATIVE          Master File No. C-06-06110-SBA (JCS)
   LITIGATION
14                                        STIPULATION AND  ORDER
                                          REGARDING CONSENT TO
15 This Document Relates To:             MAGISTRATE JUDGE

16      ALL ACTIONS.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                    REGARDING CONSENT TO MAGISTRATE JUDGE

1    This Stipulation is entered into by and among lead plaintiffs, the Nominal Defendant

2    NVIDIA Corp. ("NVIDIA"), and the individuals named as defendants in this action, through their

3    attorneys of record.

4    WHEREAS, on November 10, 2008 a Stipulation and Agreement of Settlement of

5    Derivative Litigation ("Settlement Agreement") [Docket No. 157] was filed with this Court;

6    WHEREAS, Paragraph 30 of the Settlement Agreement states: "The Court shall retain

7    jurisdiction with respect to implementation and enforcement of the terms of this Settlement

8    Agreement, and all Parties hereto submit to the jurisdiction of the Court for purposes of

9    implementing and enforcing the California Settlement embodied in this Settlement Agreement;"

10   WHEREAS, the parties consent to assignment to a Magistrate Judge for matters regarding

11   implementation and enforcement of the terms of the Settlement Agreement, should the Settlement

12   Agreement be approved;

13   WHEREFORE, IT IS STIPULATED AND AGREED that:

14   1.    For purposes of Paragraph 30 of the Settlement Agreement, the parties consent to

15   assignment to a Magistrate Judge.

16   DATED:  March 13, 2009                    Respectfully Submitted,

17                                             JAMES E. THOMPSON
18                                             MICHAEL D. TORPEY
                                               JAMES N. KRAMER
19                                             RICHARD GALLAGHER
                                               Orrick, Herrington & Sutcliffe LLP
20

21
                                               _____/s/ James E. Thompson_____
22                                             JAMES E. THOMPSON
23                                             Attorneys for Nominal Defendant NVIDIA Corp.

24

25

26

27

28

1

2

3

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Consent to Magistrate Judge.  In compliance with General Order 45, X.B., I hereby attest that Samuel M. Ward has concurred in this filing.*

4

5

6

7

8

DATED:  March 13, 2009

STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  619/230-0800
619/230-1874 (fax)

9

10

/s/ Samuel M. Ward

SAMUEL M. WARD

11

Attorneys for Lead Plaintiffs

12

13

14

15

*I, James E. Thompson, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Consent to Magistrate Judge.  In compliance with General Order 45, X.B., I hereby attest that Leigh Kirmsse has concurred in this filing.*

16

17

DATED:  March 13, 2009

HOWREY LLP
LEIGH A. KIRMSSE
STEPHANIE BYERLY

18

19

20

/s/ Leigh Kirmsse

LEIGH KIRMSSE

21

22

525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone:  415/848-4966
415/848-4999 (fax)

23

24

Attorneys for Defendant Christine B. Hoberg

25

`

26

27

28

1        *I, James E. Thompson, am the ECF user whose ID and password are being used to file*

2   *this Stipulation and [Proposed] Order Regarding Consent to Magistrate Judge.  In compliance*

3   *with General Order 45, X.B., I hereby attest that Kevin Muck has concurred in this filing.*

4   DATED:  March 13, 2009                FENWICK & WEST

5                                           KEVIN P. MUCK

6                                           KALAMA LUI-KWAN
    555 California Street, 12th Floor
    San Francisco, CA  94104

7                                           Telephone:     415-875-2300
    Facsimile:     415-281-1350

8

9

10                                            /s/ Kevin P. Muck
                                             KEVIN P. MUCK

11

12                                         Attorneys for Chris A. Malachowsky, Jeffrey D.
    Fisher, Mary M. Dotz, and Daniel F. Vivoli

13

14

15        *I, James E. Thompson, am the ECF user whose ID and password are being used to file*

16   *this Stipulation and [Proposed] Order Regarding Consent to Magistrate Judge.  In compliance*

17   *with General Order 45, X.B., I hereby attest that Steven Kaufhold has concurred in this filing.*

18   DATED:  March 13, 2009                AKIN, GUMP, STRAUSS, HAUER & FELD LLP
    STEVEN KAUFHOLD

19                                             580 California Street, Suite 1500
    San Francisco, CA  94104

20                                           Telephone:     415-765-9500

21                                           Facsimile:     415-765-9501

22

23

24                                            /s/ Steven Kaufhold
                                             STEVEN KAUFOLD

25

26                                           Attorneys for Di Ma

27

28

1                                              *       *       *

2                                         **ORDER**

3          Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

4   ORDERED that:

5          1.      Any matters regarding implementation or enforcement of the Settlement

6   Agreement shall be assigned to a Magistrate Judge.

7          2.      The Magistrate Judge shall retain jurisdiction over any such matters, and the

8   parties shall submit to the jurisdiction of the Magistrate Judge for such purposes.

9   IT IS SO ORDERED.

10  DATED: _3/18/09                      _____
                                          *Saundra B Armstrong*
11                                        THE HONORABLE
                                          SAUNDRA BROWN ARMSTRONG
12                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28